Frank N. Hoffstot et al., Appellants, *v.* The Fifth Avenue Hospital of the City of New York, Respondent.

(Argued April 18, 1933; decided May 23, 1933.)

*Colley E. Williams, Charles S. Whitman, James J. Kirwin, Jr.,* and *Charles T. Murphy* for appellants.

*Joseph B. Cotton, Samuel Brenner* and *Roy F. Wrigley* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ.   Not sitting: HUBBS, J.